IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Aifuwa, Osagie K

Printed: 11/18/08

Case Number: 08 B 17459
Judge: Wedoff, Eugene R
Filed: 7/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 2, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,934.00 | 0.00 |
| 2. | Wachovia Mortgage | Secured | 0.00 | 0.00 |
| 3. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | Colonial Savings And Loan | Secured | 0.00 | 0.00 |
| 6. | Housing & Urban Development | Secured | 0.00 | 0.00 |
| 7. | Colonial Savings And Loan | Secured | 0.00 | 0.00 |
| 8. | Wachovia Mortgage | Secured | 4,492.00 | 0.00 |
| 9. | GMAC Mortgage Corporation | Secured | 10,822.00 | 0.00 |
| 10. | Fremont Investment & Loan | Secured | 12,124.00 | 0.00 |
| 11. | National City Mortgage Co | Secured | 21,050.47 | 0.00 |
| 12. | Discover Financial Services | Unsecured | 9,360.30 | 0.00 |
| 13. | Discover Financial Services | Unsecured | 7,562.00 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 2,131.71 | 0.00 |
| 15. | RMI/MCSI | Unsecured | 1,100.00 | 0.00 |
| 16. | Jefferson Capital Systems LLC | Unsecured | 1,906.03 | 0.00 |
| 17. | Peoples Energy Corp | Unsecured | 279.28 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 5,697.19 | 0.00 |
| 19. | RMI/MCSI | Unsecured |  | No Claim Filed |
| 20. | First USA Bank N A | Unsecured |  | No Claim Filed |
| 21. | RMI/MCSI | Unsecured |  | No Claim Filed |
| 22. | RMI/MCSI | Unsecured |  | No Claim Filed |
| 23. | RMI/MCSI | Unsecured |  | No Claim Filed |
| 24. | RMI/MCSI | Unsecured |  | No Claim Filed |
| 25. | RMI/MCSI | Unsecured |  | No Claim Filed |
| 26. | RMI/MCSI | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Aifuwa, Osagie K

Printed: 11/18/08

Case Number:  08 B 17459
Judge:  Wedoff, Eugene R
Filed:  7/8/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 79,458.98 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*